Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT

for the

_____ District of Maine

_____ Division

Case No. _____

*(to be filled in by the Clerk's Office)*

Wayne E. Boulier II

*Plaintiff(s)*

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

James Billings, Director, and Maine Commission on Public Defense Services

*Defendant(s)*

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Maine Commission on Public Defense Services

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.     The Parties to This Complaint

### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name    Wayne E. Boulier II

All other names by which
you have been known:    AKA Wayne E. Boulier Jr.

ID Number    PCJ 322468 Franklin County 24-0184

Current Institution    Franklin County Detention Center

Address    121 County Way

Farmington     Maine     04938
*City*      *State*      *Zip Code*

### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

Defendant No. 1

Name    James Billings AKA Jim Billings

Job or Title *(if known)*    Director of Maine Commission Indigent Legal Serv.

Shield Number

Employer    Maine Commission Indigent Legal Services

Address    154 State house Station

Augusta     Me     04333
*City*      *State*      *Zip Code*

☐ Individual capacity    ☐ Official capacity

Defendant No. 2

Name    Maine Commission Indigent Legal Services

Job or Title *(if known)*

Shield Number

Employer

Address    154 State house Station

Augusta     Me.     04333
*City*      *State*      *Zip Code*

☐ Individual capacity    ☐ Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**Defendant No. 3**

Name

Job or Title *(if known)*

Shield Number

Employer

Address

|  | City | State | Zip Code |

☐ Individual capacity   ☐ Official capacity

**Defendant No. 4**

Name

Job or Title *(if known)*

Shield Number

Employer

Address

|  | City | State | Zip Code |

☐ Individual capacity   ☐ Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  42 U.S.C. § 1983.  If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Primarly Sixth Amendment, by depriving Counsel
Also, Fourteenth Amendment, by affecting Due Process rights
And, by Causing Cruel and Unusual Punishment because of incarceration
Without Counsel. Eigth Amendment.

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights.  If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Maine Rules of Unified Criminal Procedure, Rule 44(a)(1) assigns responsibility to Maine Commission on Public Defense Services to provide Petitioner with effective legal representation, at "Every Stage of the Proceeding", Since the Petitioner was determined by the Court (Penobscot County Un. Crim. Docu.) to be indigent, and unable to employ Counsel on his own behalf.

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

## IV.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   If the events giving rise to your claim arose outside an institution, describe where and when they arose.

See Attachment "IV A",

B.   If the events giving rise to your claim arose in an institution, describe where and when they arose.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.    What date and approximate time did the events giving rise to your claim(s) occur?

Current incarceration began 4-4-24 As of today 6-20-24 No attorney

D.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See attached "facts Pertaining to Claim"

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Petitioner is currently incarcerated with no end in sight without legal representation because of MCPDS' violating his civil rights. Emotional duress, as well duress on all domestic affairs in terms of his wife and children as a result of incarceration without due process caused by lack of attorney. As a whole James Billings and Maine Commission on Public Defense Services are absolutely impeding Petitioners rights to life, liberty, and his continued pursuit of happiness that comes with the freedom he's being denied.

## VI.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Petitioner seeks relief in the form of effective counsel to be immediately assigned to him, a bail amendment hearing to be fast tracked, and to be afforded the right to an appropriate bail. Petitioner seeks required funds to hire attorney of choice unaffiliated with MCPDS to avoid conflict of interest, $10,000, as well as punitive damages in the amount of $50,000 so to compensate for financial losses. Also, Petitioner seeks mainly a complete overhaul of the Public Defense System. People should not have to sit in jail because we cannot afford proper legal counsel.

**VII.    Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.      Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

I was at Penobscot County Jail, and then boarded out to Franklin County Jail, yet no relief was available since injury was, and still is, being caused by an outside agency. (MCLIS)

B.      Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C.      Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☒ No

☐ Do not know

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☒ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☒ No

E.  If you did file a grievance:

1.  Where did you file the grievance?

_____

2.  What did you claim in your grievance?

_____

3.  What was the result, if any?

_____

4.  What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

_____

F.    If you did not file a grievance:

    1.   If there are any reasons why you did not file a grievance, state them here:

No grievance was filed because the violation of Civil rights occurred by an independent outside agency, that because of "MCLIS's failure to provide Petitioners with Counsel, as directed by Statute, all Stages of Due Process are unavailable to me, and all hearings are postponed until Counsel is appointed. Including bail amendment, as well as post conviction review.

    2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

Penobscot County Un. Crim. Dock. Justices Mallonee and Sylvester have allowed me weekly hearings to try and help locate Counsel. They have been very empathetic as well as Understanding of my very discouraging circumstances without Counsel, But, they have no control over assignment of Counsel the responsibility lies Solely on MCLIS, which MCLIS has failed to do.

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

_(Note:  You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)_

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury."  28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.  Docket or index number

_____

4.  Name of Judge assigned to your case

_____

5.  Approximate date of filing lawsuit

_____

6.  Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition. _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

[X] Yes

[ ] No

D.      If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit
     Plaintiff(s)   Wayne E. Bourier Jr.
     Defendant(s)   Penobscot County Jail, et al.

2.   Court *(if federal court, name the district; if state court, name the county and State)*
     United States District Court, D. Maine

3.   Docket or index number
     1:21-CV-00080-JAW

4.   Name of Judge assigned to your case
     Honorable Chief Justice John A. Woodcock

5.   Approximate date of filing lawsuit
     March 24th, 2021

6.   Is the case still pending?
     [ ] Yes
     [X] No
     If no, give the approximate date of disposition   03/07/2022

7.   What was the result of the case? *(For example: Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

     Dismissed Without Prejudice

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   6-19-2024

Signature of Plaintiff   _Wayne Bovler, II_

Printed Name of Plaintiff   Wayne E. Bovlier II

Prison Identification #   24-0189   Franklin County Detention Center

Prison Address   121 County Way

Farmington          Maine     04938
City                State     Zip Code

### B.   For Attorneys

Date of signing:   _____

Signature of Attorney   _____

Printed Name of Attorney   _____

Bar Number   _____

Name of Law Firm   _____

Address   _____

_____
City                State     Zip Code

Telephone Number   _____

E-mail Address   _____