Wayne E. Bovier II
327 Park St.
Knox County Jail
Rockland, Me. 04841

Wayne Bovier II v. Doug Bauldt 24-cv-00250 JAW
Wayne Bovier v. Sheriff Morton, AG Aaron Frey 2254

U S DISTRICT COURT
DISTRICT OF MAINE
BANGOR
RECEIVED & FILED    8-11-2024

AUG 22 2024

CHRISTA K. BERRY, CLERK
BY _____
DEPUTY CLERK

Dear Ms. Cheryl,

I'm writing so to inform the court, that I've been transferred, yet again, to a different County jail. When you and I spoke on the telephone last week when I called to inquire on the Court receiving the 2254 Habeas Corpus Petition that I had mailed from the Penobscot County jail 8 days previous to me calling, I was packed up and driven to Knox County jail by the assistant jail administrator himself!

When you had informed me that the court hadn't received the 2254, I immediately filed an inmate grievance to file a formal complaint. No more than 2 hours after filing the grievance, I was on my way here to Knox. I'm hoping that by now the court has received my 2254 petition, and that either Judge Niveson or Judge Woodcock have began to review it.

Please advise the court that I'm no longer receiving any mail at Penobscot County jail, and anything sent to me at that address will be returned to sender (per jail administration order. I've not received any notices from the court, since receipt of my partial filing fee around the third week of July, while being housed at the Franklin County jail. If you could please re-forward me any orders of the court, as well as to ask the judge for any extension appropriate for any deadlines that may have been ordered, but not received, as a result of my repeated transfers.

Thank you for your time and assistance with these very disheartening and stressful matters. Though it is out of my control, I offer my sincere apology for the courts up keep on my whereabouts. Godspeed

Respectfully, Wayne Bovier

PS Cheryl if you would please inform me of the status of my 2254 petition, I would appreciate it greatly. Thank you